ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

RACHEL PERILLO

Tel: (212) 571-5500
Fax: (212) 571-5507

**MEMO ENDORSED**

**P·2**

December 2, 2019

**By ECF**
Honorable Richard M. Berman
Senior United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/3/19
```

　　　　　Re:　United States v. Anthony Gude
　　　　　　　17 Cr. 461 (RMB)

Dear Judge Berman:

　　　　I am the attorney for Anthony Gude, the defendant in the above-referenced matter. On November 6, 2019, you Honor sentenced Mr. Gude to seven months' imprisonment and three years of supervised release. Mr. Gude was released from prison on August 5, 2019 and is now on supervised release. With the consent of probation and the government, this letter is respectfully submitted to request the Court's permission for Mr. Gude to travel to Spain from January 17 to January 26, 2020, for the purpose of visiting his ill grandmother.

　　　　Mr. Gude's grandmother, who resides in Spain, became ill while he was in prison, and her health continues to decline. She is not expected to live much longer, and Mr. Gude hopes to visit her before she passes.

　　　　My office has conferred with Mr. Gude's probation officer from the District of New Jersey, Officer Ivettelis Perez, who confirms that Mr. Gude has been compliant with the conditions of his supervised release. He has been working full time, paying his restitution, and attending counseling, as directed by the Court. Officer Perez therefore consents to Mr. Gude's travel request. Additionally, my office has conferred with the attorney for the government, AUSA Justin Rodriguez, who also consents to this request.

Hon. Richard M. Berman
December 2, 2019
Page Two

If the Court grants this application, Mr. Gude will provide Officer Perez with the details of his travel, including his flight information, the address where he will be staying, and his contact information.

If the Court has any questions regarding this application, please contact my office.

Respectfully submitted,

/ s /

David Stern

cc:   AUSA Justin Rodriguez (By Email)
USPO Ivettelis Perez (By Email)

Application granted on consent.

SO ORDERED:
Date: 12/3/19

Richard M. Berman
Richard M. Berman, U.S.D.J.