# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman  
Jeremy Schneider  
Robert A. Soloway  
David Stern  

Rachel Perillo

Tel: (212) 571-5500  
Fax: (212) 571-5507

September 12, 2022

BY ECF

Hon. Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 9/13/22

Re: United States v. Anthony Gude
Ind #: 17 Cr. 461 (RMB)

Dear Judge Berman:

I am the CJA attorney in the above referenced matter. As per your Honor's order dated August 30, 2022, I respectfully request a two-week extension to file a reply if deemed appropriate to the government's application for a writ of garnishment.

Thank you for your attention.

Sincerely,

*David Stern*

David Stern

cc: AUSA Melissa A. Childs
    (By ECF)
DS:sc

**Extension granted.**

SO ORDERED:
Date: 9/13/22

Richard M. Berman
Richard M. Berman, U.S.D.J.