ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Tel: (212) 571-5500
Fax: (212) 571-5507

Rachel Perillo

> **Extension granted.**
>
> September 27, 2022
>
> SO ORDERED:
> Date: 10/4/22
> Richard M. Berman, U.S.D.J.

**By ECF**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    United States v. Anthony Gude
              17 Cr. 461 (RMB)

Dear Judge Berman:

    I am the attorney for Anthony Gude, the defendant in the above-referenced matter. I write without objection from the government to respectfully request a second extension of time to respond to the government's application for a writ of garnishment. The current deadline for the defendant's response is today. *See* Dkt. 108. However, it is requested that the deadline to respond be extended by three weeks so that I may have more time to examine Mr. Gude's financial records in an effort to reach a possible resolution with the government. Mr. Gude is currently gathering those records for us, and I expect that a three week extension will provide sufficient time to determine an appropriate response to the government's application for a writ of garnishment. The government, by AUSA Melissa Childs, has no objection to this request.

    If the Court has any questions regarding this matter, please do not hesitate to contact me.

Respectfully submitted
/s/
David Stern

cc:    AUSA Melissa A. Childs (By ECF)

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 10/4/22